CAMARGO CORREA METAIS, S.A., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND AMERICAN ALLOYS, INC., GLOBE METALLURGICAL, INC., SILICON METALTECH, INC., AND SIMETCO INC., DEFENDANT-INTERVENORS

Consolidated Court No. 91–09–00641 (91–09–00645)

(Dated April 29, 1994)

JUDGMENT

MUSGRAVE, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Amended Results of Redetermination Pursuant to Court Remand *Camargo Correa Metais, S.A. v. United States,* Slip Op. 93–163 (August 12, 1993),

IT IS HEREBY ORDERED, ADJUDGE, AND DECREED: that the Remand Results filed by the Department of Commerce, International Trade Administration are affirmed in all respects, and it is further

ORDERED, ADJUDGED, AND DECREED: that since all other issues have been decided, this case is dismissed.